## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

SCOTT DONALD WEILE,                                    Civil No. 08-6216 (JRT/JJK)

                          Plaintiff,

v.                                                     **ORDER ADOPTING REPORT AND
                                                           RECOMMENDATION**

MICHAEL MUKASEY, *et al.*

                          Defendants.

_____


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Jeffrey J. Keyes dated January 6, 2009.  No objections

have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of

the files, records, and proceedings herein, the Court now makes and enters the following

Order.

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No.

      3], is **DENIED**; and

2.    This action is **DISMISSED WITHOUT PREJUDICE**.


DATED: January 26, 2009
at Minneapolis, Minnesota.                         s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                           United States District Judge